**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: BAILEY, BRAD A | § Case No. 11-80559 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
211 South Court Street
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/19/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  09/07/2011          By:  /s/BERNARD J. NATALE
                                                                                Trustee

BERNARD J. NATALE  
6833 STALTER DRIVE  
SUITE 201  
ROCKFORD, IL  61108  
(815) 964-4700  
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: BAILEY, BRAD A | § Case No. 11-80559 |
| | § |
| | § |
| Debtor(s) | § |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,500.02 |
| *and approved disbursements of* | $ 25.00 |
| *leaving a balance on hand of* [1] | $ 7,475.02 |
| **Balance on hand:** | $ 7,475.02 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,475.02 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,500.00 | 0.00 | 1,500.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,907.50 | 0.00 | 1,907.50 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 26.09 | 0.00 | 26.09 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,433.59 |
| Remaining balance: | $ 4,041.43 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | 4,041.43 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $10,051.97 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Internal Revenue Service | 8,701.15 | 0.00 | 3,498.33 |
| 3P | Illinois Department of Revenue | 1,350.82 | 0.00 | 543.10 |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 4,041.43 |
| | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,646.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Northstar Capital Acquisition | 3,301.03 | 0.00 | 0.00 |
| 2U | Internal Revenue Service | 1,944.47 | 0.00 | 0.00 |
| 3U | Illinois Department of Revenue | 968.48 | 0.00 | 0.00 |
| 4 | Rockford Mercantile | 4,957.05 | 0.00 | 0.00 |
| 5 -2 | Swedish American Hospital | 19,475.74 | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                               Case No. 11-80559-MB
Brad A Bailey                                                        Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett           Page 1 of 1         Date Rcvd: Sep 20, 2011
                              Form ID: pdf006          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2011.
```
db          +Brad A Bailey,    3211 Latham Street,    Rockford, IL 61103-3016
aty         +Bernard J Natale,    Law Office of Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
              Rockford, IL 61108-2582
aty         +Linda Godfrey,    475 Executive Parkway,    Rockford, IL 61107-6629
aty         +Scott E Hillison,    Bernard J Natale, Ltd,    6833 Stalter Drive,    Suite 201,
              Rockford, IL 61108-2582
tr          +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
              Rockford, IL 61108-2582
16809597    +A Law Office of Crosby,    & Associates PC,    475 Executive Parkway,    Rockford, IL 61107-5282
16809598    +Amcore Bank,    501 7th St,   Rockford, IL 61104-1299
16809596    +Bailey Brad A,    3211 Latham Street,    Rockford, IL 61103-3016
16809599    +Barrick Switzer Long Balsley & Van Evera,    6833 Stalter Drive,    Rockford, IL 61108-2582
16809601     Harvard Collection Services, Inc.,    P.O. Box 1992,   Southgate,, MI 48195-0992
16809602     Illinois Department Of Revenue,    PO Box 19035,    Springfield, IL 62794-9035
17298405     Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,   Chicago, IL 60664-0338
16809603     Internal Revenue Service,    POB 7346,   Philadelphia, PA 19101-7346
16809604    +Mutual Management,    401 E State St,    Rockford, IL 61104-1027
16809605    +Nco Fin/22,    507 Prudential Rd,   Horsham, PA 19044-2308
16809607   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Rc,     120 Corporate Blvd Ste 1,   Norfolk, VA  23502)
16809608     Rockford Health System,    Debt 4626,    Carol Stream, IL 60122-4628
16809609    +Rockford Mercantile,    2502 S Alpine Rd,    Rockford, IL 61108-7813
17504884    +Swedish American Hospital,    c/o Dennis A. Brebner & Associates,    860 S. Northpoint Blvd.,
              Waukegan, IL 60085-8211
16809610     Swedish American Hospital,    P.O. Box 4448,    Rockford, IL 61110-0948
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16809600     +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM Sep 21 2011 03:04:58     Creditors Protection S,
              202 W State St Ste 300,   Rockford, IL 61101-1163
16809606     +E-mail/Text: bankrup@nicor.com Sep 21 2011 02:45:28     Nicor Gas,   1844 Ferry Road,
              Naperville, IL 60563-9600
17158839     +E-mail/Text: bankruptcy@zenithacq.com Sep 21 2011 02:47:20     Northstar Capital Acquisition,
              170 Northpointe Pwky,   Suite 300,    Amherst, NY 14228-1992
16809611     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Sep 21 2011 02:57:03     Verizon Wireless/great,
              1515 Woodfield Rd Ste140,   Schaumburg, IL 60173-6046
16809612     +E-mail/Text: bankruptcy@zenithacq.com Sep 21 2011 02:47:20     Zenith Acquisition,
              220 John Glenn Dr # 1,   Amherst, NY 14228-2228
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
              Rockford, IL 61108-2582
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 22, 2011**                    **Signature:** *Joseph Speetjens*