**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: BAILEY, BRAD A § Case No. 11-80559
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $6,045.00 *(without deducting any secured claims)* | Assets Exempt: $6,045.00 |
| Total Distribution to Claimants: $4,041.43 | Claims Discharged Without Payment: $57,524.17 |
| Total Expenses of Administration: $3,458.59 | |

3) Total gross receipts of $ 7,500.02 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,500.02 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,458.59 | 3,458.59 | 3,458.59 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 7,274.00 | 10,051.97 | 10,051.97 | 4,041.43 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 49,395.86 | 30,646.77 | 30,646.77 | 0.00 |
| **TOTAL DISBURSEMENTS** | $56,669.86 | $44,157.33 | $44,157.33 | $7,500.02 |

    4) This case was originally filed under Chapter 7 on February 14, 2011. The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/03/2012          By: /s/BERNARD J. NATALE
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Kenworth T800 Semi Tractor/Trailer | 1229-000 | 7,500.00 |
| Interest Income | 1270-000 | 0.02 |
| **TOTAL GROSS RECEIPTS** | | **$7,500.02** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 26.09 | 26.09 | 26.09 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,907.50 | 1,907.50 | 1,907.50 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,458.59 | 3,458.59 | 3,458.59 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Internal Revenue Service | 5800-000 | 6,365.00 | 8,701.15 | 8,701.15 | 3,498.33 |
| 3P | Illinois Department of Revenue | 5800-000 | 909.00 | 1,350.82 | 1,350.82 | 543.10 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 7,274.00 | 10,051.97 | 10,051.97 | 4,041.43 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Northstar Capital Acquisition | 7100-000 | 3,301.00 | 3,301.03 | 3,301.03 | 0.00 |
| 2U | Internal Revenue Service | 7100-000 | 2,577.00 | 1,944.47 | 1,944.47 | 0.00 |
| 3U | Illinois Department of Revenue | 7100-000 | 562.00 | 968.48 | 968.48 | 0.00 |
| 4 | Rockford Mercantile | 7100-000 | 4,089.00 | 4,957.05 | 4,957.05 | 0.00 |
| 5 -2 | Swedish American Hospital | 7100-000 | 18,000.00 | 19,475.74 | 19,475.74 | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 92.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Fin/22 | 7100-000 | 506.00 | N/A | N/A | 0.00 |
| NOTFILED | Portfolio Rc | 7100-000 | 1,015.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless/great | 7100-000 | 742.00 | N/A | N/A | 0.00 |
| NOTFILED | Mutual Management | 7100-000 | 835.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Health System | 7100-000 | 13,241.86 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 39.00 | N/A | N/A | 0.00 |
| NOTFILED | Amcore Bank | 7100-000 | 949.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Harvard Collection Services, Inc. | 7100-000 | 1,080.00 | N/A | N/A | 0.00 |
| NOTFILED | Barrick Switzer Long Balsley & Van Evera | 7100-000 | 2,160.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Protection S | 7100-000 | 207.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 49,395.86 | 30,646.77 | 30,646.77 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-80559  
**Case Name:** BAILEY, BRAD A  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 02/14/11 (f)  
**§341(a) Meeting Date:** 03/17/11  

**Period Ending:** 01/03/12  

**Claims Bar Date:** 07/06/11  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Cash on Hand | 20.00 | 0.00 | DA | 0.00 | FA |
| 2 | Household Goods & Furnishings audio, video, and | 900.00 | 0.00 | DA | 0.00 | FA |
| 3 | Clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Brad Bailey Enterprises, Inc. 100% Shareholder I | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | 2002 Chevrolet Tahoe | 5,025.00 | 0.00 | DA | 0.00 | FA |
| 6 | Kenworth T800 Semi Tractor/Trailer (u) | 0.00 | 7,500.00 | | 7,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.02 | FA |
| 7 | Assets Totals (Excluding unknown values) | **$6,045.00** | **$7,500.00** | | **$7,500.02** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2012    **Current Projected Date Of Final Report (TFR):** September 7, 2011 (Actual)

Printed: 01/03/2012 10:59 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-80559
**Case Name:** BAILEY, BRAD A

**Taxpayer ID #:** **-***5172
**Period Ending:** 01/03/12

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******24-65 - Money Market Account
**Blanket Bond:** $606,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/03/11 | {6} | Brad A Bailey | 1st pymt on compromise Re: Kenworth truck | 1229-000 | 500.00 | | 500.00 |
| 07/01/11 | {6} | Bradley Bailey | Pymt on purchase of semi truck & trailer | 1229-000 | 500.00 | | 1,000.00 |
| 08/03/11 | {6} | Bradley Bailey | Payment on Purchase of Truck | 1229-000 | 500.00 | | 1,500.00 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,500.01 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,475.01 |
| 09/01/11 | {6} | Brad Bailey | FInal Payment on Buy Back of Truck | 1229-000 | 6,000.00 | | 7,475.01 |
| 09/06/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 7,475.02 |
| 09/06/11 | | To Account #9200******2466 | Transfer for Trustee's Final Report | 9999-000 | | 7,475.02 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,500.02 | 7,500.02 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,475.02 | |
| | | | **Subtotal** | | 7,500.02 | 25.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,500.02** | **$25.00** | |

{} Asset reference(s)

Printed: 01/03/2012 10:59 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-80559  
**Case Name:** BAILEY, BRAD A  

**Taxpayer ID #:** **-***5172  
**Period Ending:** 01/03/12  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******24-66 - Checking Account  
**Blanket Bond:** $606,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/06/11 | | From Account #9200******2465 | Transfer for Trustee's Final Report | 9999-000 | 7,475.02 | | 7,475.02 |
| 10/20/11 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,500.00, Trustee Compensation;  Reference: | 2100-000 | | 1,500.00 | 5,975.02 |
| 10/20/11 | 102 | Internal Revenue Service | Distribution paid  40.20% on $8,701.15; Claim# 2P; Filed: $8,701.15; Reference: 6212 | 5800-000 | | 3,498.33 | 2,476.69 |
| 10/20/11 | 103 | Illinois Department of Revenue | Distribution paid  40.20% on $1,350.82; Claim# 3P; Filed: $1,350.82; Reference: 6212 | 5800-000 | | 543.10 | 1,933.59 |
| 10/20/11 | 104 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,933.59 | 0.00 |
| | | | Dividend paid 100.00%         1,907.50<br>on $1,907.50;  Claim# ATTY; Filed: $1,907.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%            26.09<br>on $26.09;  Claim# EXP; Filed: $26.09 | 3120-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 7,475.02 | 7,475.02 | $0.00 |
| Less: Bank Transfers | 7,475.02 | 0.00 | |
| **Subtotal** | 0.00 | 7,475.02 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$7,475.02** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******24-65** | 7,500.02 | 25.00 | 0.00 |
| **Checking # 9200-******24-66** | 0.00 | 7,475.02 | 0.00 |
| | **$7,500.02** | **$7,500.02** | **$0.00** |

{} Asset reference(s)                  Printed: 01/03/2012 10:59 AM    V.12.57